## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINICK DANIEL,**<br>        **Plaintiff,**<br><br>    **v.**<br><br>**GREENWOOD GAMING SERVS. CO.,**<br>doing business as "PARX CASINO," and<br>**GREENWOOD GAMING AND**<br>**ENTERTAINMENT, INC.,** doing business<br>as "PARX CASINO,"<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24-2584** |

## O R D E R

**AND NOW**, this 5th day of March, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 13 (the "Motion")), Plaintiff's response in opposition thereto (ECF No. 18), and Defendants' reply in support of their Motion (ECF No. 19), it is **ORDERED** that the Motion is **GRANTED** on all counts. The Deputy Clerk shall mark this case closed.

                                                                         **BY THE COURT:**

                                                                       **/s/ Hon. Kelley B. Hodge**

                                                                        **HODGE, KELLEY B., J.**